UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-01227-DFM | Date: | November 5, 2026 |
| Title | Elizabeth Derby v. Experian Information Solutions, Inc. et al | | |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause**

On May 16, 2026, Plaintiff filed a lawsuit against Defendants Experian Information Solutions, Inc. ("Experian"); Equifax Information Services, LLC ("Equifax"); and TransUnion, LLC ("TransUnion"). See Dkt. 1.

On July 8, Equifax filed an Answer. See Dkt. 15. Neither TransUnion or Experian have filed responsive pleadings. On July 17, Plaintiff filed a stipulation extending Experian's responsive pleading deadline to August 17. See Dkt. 16.

In early August, Plaintiff filed notices of settlement regarding TransUnion and Equifax. See Dkts. 17-18. On August 20, Plaintiff voluntarily dismissed TransUnion with prejudice per Federal Rule of Civil Procedure 41(a)(1). See Dkt. 19. On October 20, per the parties' stipulation, the Court dismissed Equifax with prejudice. See Dkt. 21.

As it stands, Experian has not filed an Answer or otherwise responded to the Complaint. Plaintiff has not filed a notice of settlement regarding Experian.

It is Plaintiff's responsibility to move this case toward completion. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** within twenty-one (21) days why Experian and, consequently, this matter should not be dismissed for failure to prosecute. In lieu of a written response, Plaintiff may do one of the following: (1) seek entry of default judgment against Experian; (2) file a notice of voluntary dismissal with Experian per Fed. R. Civ. P. 41; or (3) cause by some means an Answer or other filing to be made by Experian.